**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon N. Harris
Acting Clerk

June 7, 2006

TO:   Clerk, U.S. District Court
      Southern District of Ohio
      260 Joseph P. Kinneary
      U.S. Courthouse
      85 Marconi Boulevard
      Columbus, OH 43215-2835

                                    In RE: <u>Transfer of Supervision/Jurisdiction</u>
                                           USA v. Gary Delance Crockett
                                    Our Case No. 2:01-CR-322-UWC

Dear Sir/Madam:

       Pursuant to 18 U.S.C. § 3605, I am enclosing herewith copies of the order transferring jurisdiction of the subject probationer or supervised release and the pleadings in the above-styled case, which I hereby certify to be true copies of the originals on file in this office.

       Please acknowledge receipt on the enclosed copy of this letter.

                             Sincerely,

                             SHARON N. HARRIS, ACTING CLERK

                             By:_____
                                     Deputy Clerk

Enclosures

RECEIVED

MAY 2 4 2006

JAMES BONINI, CLERK
COLUMBUS, OHIO

PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

| DOCKET NUMBER (Tran. Court) |
| --- |
| CR-01-C-322-S |

| DOCKET NUMBER (Rec. Court) |
| --- |
| 2:06-cr-134 JDH |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| GARY DELANCE CROCKETT | ND/AL | SOUTHERN |

GARY DELANCE CROCKETT
8563 Preiestley Drive
Reynoldsburg, OH 43068

| NAME OF SENTENCING JUDGE |
| --- |
| Honorable H. Dean Buttram, Jr |
| Honorable U.W. Clemon |

| DATES OF SUPERVISED RELEASE | FROM 12/18/2003 | TO 12/17/2006 |
| --- | --- | --- |

OFFENSE
18 U.S.C. §1029(a)(2); Credit Card Fraud
18 U.S.C. §2 and 1341; Aiding and Abetting Mail Fraud

U.S. DISTRICT COURT
N.D. OF ALABAMA
06 JUN -6 PM 3: 54
FILED

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___ NORTHERN DISTRICT OF ALABAMA ___

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___ SOUTHERN DISTRICT OF OHIO ___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

May 23, 2006
___Date___

United States District Judge

_____
U.W. Clemon
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

May 23, 2006

UNITED STATES DISTRICT COURT FOR THE ___ SOUTHERN DISTRICT OF OHIO

RECEIVED

MAY 3 0 2006

U.S. PROBATION OFFICE
COLUMBUS, OHIO

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5-26-06
Effective date

United States District Judge